**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| Timothy A. Pearson | | |
| Celeste S. Pearson | : | JUDGE Caldwell |
| | : | CHAPTER 13 |
| Debtor(s) | : | CASE NO: 10-58993 |

**NOTICE OF ADDRESS CHANGE**

Now comes Debtor(s), Timothy A. Pearson and Celeste S. Pearson, by and through counsel and hereby changes their address to be 718 Ravenna Circle, Reynoldsburg, Ohio 43068.

Respectfully submitted,

/s/ Robert D. Bergman
**Robert D. Bergman (#0001475)**
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, OH 43204
Phone: 614-279-8276
Fax: 614-308-0613
bankruptcy@byattorneys.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing document has been duly served upon the parties listed below electronically through the Court's ECF system at the e-mail address registered with the Court today, January 7, 2015.

/s/ Robert D. Bergman
**Robert D. Bergman (#0001475)**
Attorney for Debtor(s)

**Parties Served Electronically:**

U.S. Trustee
Frank M. Pees, Chapter 13 Standing Trustee